UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE WEEKS PARKER

     Plaintiff,

v.                                    Case No. 8:12-cv-1919-T-24-TGW

CAROLYN W COLVIN,
*Acting Commissioner of*
*Social Security*,

     Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking judicial review of the decision of the Commissioner of Social Security denying his claim for Social Security disability benefits. (Dkt. 1.) This complaint was considered by the United States Magistrate Judge Thomas G. Wilson who filed his Report and Recommendation, finding that the decision of the Commissioner was in accordance with the correct legal standards and was otherwise supported by substantial evidence, and recommending that the decision be affirmed. (Dkt. 15.)

All parties were furnished copies of the Report and Recommendation on May 21, 2013, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On June 3, 2013, Plaintiff filed his Objections to the Report and Recommendation. (Dkt. 16). On June 12, 2013, the Commissioner filed her Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation. (Doc. 17). Upon consideration of the Report and Recommendation, Plaintiff's Objections, the Commissioner's Response, and upon this Court's

independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Dkt. 15) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's complaint is dismissed, and the decision of the Commissioner of Social Security is **AFFIRMED**; and

(3) The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of June, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record